AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| QUICK BRIDGE FUNDING, LLC )<br>*Plaintiff* )<br>v. )<br>JA-REM ENTERPRISES, INC., et al., )<br>*Defendant* ) | Civil Action No. SACV 18-001177-CJC(KESx) |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* ___09/05/2018___ .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: OCT 18 2018

CLERK OF COURT

ROLLS ROYCE PASCHAL
*Signature of Clerk or Deputy Clerk*

1188

# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

QUICK BRIDGE FUNDING, LLC,

Plaintiff,

v.

JA-REM ENTERPRISES, INC., et al.,

Defendants.

Case No.: SACV 18-001177-CJC(KESx)

DEFAULT JUDGMENT

**JUDGMENT IS HEREBY ENTERED** in favor of Plaintiff Quick Bridge Funding, LLC, and against Defendants Ja-Rem Enterprises, Inc., Forest Drive Physicians, P.C., Dawn Richardson, and Karen Richardson, in accordance with the terms of the Court's Order granting Plaintiff's motion for default judgment.

The Court **AWARDS** Plaintiff $82,052.95 in damages and $4,882.11 in attorneys' fees, plus costs in a sum pursuant to a Bill of Costs which may be filed in accordance with Local Rule 54-2.1.

DATED:    September 5, 2018

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Quick Bridge Funding, LLC | CASE NUMBER |
|---|---|
| PLAINTIFF(S)<br>v.<br>Ja-Rem Enterprises, Inc., et al<br>DEFENDANT(S) | SACV18-01177 CJC (KESx)<br><br>EXEMPLIFIED CERTIFICATE |

I, Kiry K. Gray, Clerk of the United States District Court, Central District of California, do hereby certify that the annexed is a full, true and correct copy of the original

Default Judgment

in the above entitled case, on file in my office.

WITNESS my hand and seal of said Court this _____10th_____ day of _____September, 2018_____.

*Kiry K. Gray*
Kiry K. Gray, Clerk of Court

By: *Lori Wagers*
Deputy Clerk

---

I hereby certify that the foregoing certificate of the Clerk of the United States District Court, Central District of California, is in due form and that the signature attached hereto is the true signature of the Clerk of said Court.

_September 10, 2018_
Date

*John D. Early*
United States Magistrate Judge

---

I, Kiry K. Gray, Clerk of the United States District Court, Central District of California, do hereby certify that the Honorable _____John D. Early_____ is, upon the date hereof, a U.S. Magistrate Judge of said Court and that the signature to the above certificate is the true signature of said Magistrate Judge.

WITNESS my hand and seal of said Court this _____10th_____ day of _____September, 2018_____.

*Kiry K. Gray*
Kiry K. Gray, Clerk of Court

By: *Lori Wagers*
Deputy Clerk

G-07 (06/18)  EXEMPLIFIED CERTIFICATE